No. 71–6144. Fay v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–6147. Earin v. Beto, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 71–6148. Kujaca v. Daly. C. A. 7th Cir. Certiorari denied.

No. 71–6149. Edwards v. Swenson, Warden. C. A. 8th Cir. Certiorari denied.

No. 71–6150. McGarrity v. Beto, Corrections Director. C. A. 5th Cir. Certiorari denied.

No. 71–6151. Moore v. United States. C. A. 3d Cir. Certiorari denied.

No. 71–6159. Wilson v. Rowe, Industrial School Superintendent. C. A. 7th Cir. Certiorari denied.

No. 71–6160. Reed v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–6162. Redden v. Tennessee. Sup. Ct. Tenn. Certiorari denied.

No. 70–5417. Holmes v. Louisiana. Sup. Ct. La. Certiorari denied. Mr. Justice Stewart and Mr. Justice Powell are of the opinion that certiorari should be granted.

No. 71–1023. Cranson et al. v. United States. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted.